193 So. 891

**Paul PRINCE and Will Slay v. STATE.**

8 Div. 949.

Court of Appeals of Alabama.
Jan. 30, 1940.

F. E. Throckmorton and Arthur L. Shaw, both of Tuscumbia, for appellants.

674

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.